UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 17-13927
§
ANN M POPE §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $9,810.00 | Assets Exempt: | $22,150.00 |
| Total Distributions to Claimants: | $10,209.84 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $7,197.58 | | |

3) Total gross receipts of $17,407.42 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,407.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $12,088.73 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,197.58 | $7,197.58 | $7,197.58 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $62,846.00 | $47,756.42 | $47,756.42 | $10,209.84 |
| **Total Disbursements** | $74,934.73 | $54,954.00 | $54,954.00 | $17,407.42 |

4). This case was originally filed under chapter 7 on 05/03/2017. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2019           By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| US Bank checking - Back Wages | 1229-000 | $17,407.42 |
| **TOTAL GROSS RECEIPTS** | | $17,407.42 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA | 4110-000 | $12,088.73 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $12,088.73 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,490.74 | $2,490.74 | $2,490.74 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.91 | $16.91 | $16.91 |
| International Sureties, Ltd | 2300-000 | NA | $5.94 | $5.94 | $5.94 |
| Green Bank | 2600-000 | NA | $138.13 | $138.13 | $138.13 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,512.50 | $4,512.50 | $4,512.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $33.36 | $33.36 | $33.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,197.58 | $7,197.58 | $7,197.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-900 | $1,351.00 | $1,351.29 | $1,351.29 | $288.89 |
| 2 | U.S. Department of Education | 7100-000 | $35,139.00 | $34,670.27 | $34,670.27 | $7,412.15 |
| 3 | Capital One, N.A. | 7100-900 | $2,286.00 | $1,035.73 | $1,035.73 | $221.43 |
| 4 | American Express Centurion Bank | 7100-900 | $2,301.00 | $2,301.26 | $2,301.26 | $491.99 |
| 5 | American Express Centurion Bank | 7100-900 | $6,643.00 | $6,805.89 | $6,805.89 | $1,455.03 |
| 6 | Quantum3 Group LLC as agent for MOMA Funding LLC | 7100-900 | $1,626.00 | $1,591.98 | $1,591.98 | $340.35 |
|  | Comenity Bank Ashley Stewart | 7100-000 | $700.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $490.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
|  | Childrens Place/Citicorp Credit Services | 7100-000 | $1,008.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chicago | 7100-000 | $2,994.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank/Lane Bryant | 7100-000 | $4,100.00 | $0.00 | $0.00 | $0.00 |
|  | Kohls/Capital One | 7100-000 | $1,035.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank Lord and Taylor | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank Old Navy | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank Walmart | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank/ JC Penneys | 7100-000 | $873.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $62,846.00 | $47,756.42 | $47,756.42 | $10,209.84 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 17-13927 | | | Trustee Name: | David Leibowitz |
| Case Name: | POPE, ANN M | | | Date Filed (f) or Converted (c): | 05/03/2017 (f) |
| For the Period Ending: | 4/1/2019 | | | §341(a) Meeting Date: | 06/12/2017 |
| | | | | Claims Bar Date: | 01/25/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2011 Kia Sportage 26,000 miles | $11,075.00 | $0.00 | | $0.00 | FA |
| 2 | Misc used household goods and furnishings, including: Sofa, Loveseat, Entertainment Ctr, Center, Television, DVD, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, Bedroom Sets, Lamps, Telephone, , Misc. Tools | $300.00 | $0.00 | | $0.00 | FA |
| 3 | Televisions, DVD Players, Computer, Printer, Tablet, Video-Game System, Stereo, and Cell Phones. | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Necessary Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Costume Jewelry | $15.00 | $0.00 | | $0.00 | FA |
| 6 | Cash on Hand | $20.00 | $20.00 | | $0.00 | FA |
| 7 | Checking US Bank | $1,300.00 | $0.00 | | $0.00 | FA |
| 8 | Savings United Credit Union | $75.62 | $0.00 | | $0.00 | FA |
| 9 | Vanguard Mutual Fund Account | $705.00 | $0.00 | | $0.00 | FA |
| 10 | 403(b) Metropolitan Life Insurance Company | $15,000.00 | $0.00 | | $0.00 | FA |
| 11 | IRA Axa Equitable | $750.00 | $0.00 | | $0.00 | FA |
| 12 | Term Life Insurance Policy through Employer - No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Whole Life Insurance ; Beneficiary: unknown | $650.00 | $0.00 | | $0.00 | FA |
| 14 | US Bank checking - Back Wages (u) | $18,375.42 | $17,407.42 | | $17,407.42 | FA |

Asset Notes: Per amended schedules filed 8/19/17 (dkt 28), Debtor claimed exemption in amount of $13,781.57 for wages under 735 ILCS 5/12-803 and 740 ILCS 170/4, as well as $968 under the wildcard exemption. The Trustee successfully objected to the exemptions claimed under state law (See order dated 12/14/2017, at dkt #61.

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $49,066.04 | $17,427.42 | | $17,407.42 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 17-13927 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | POPE, ANN M | | Date Filed (f) or Converted (c): | 05/03/2017 (f) |
| For the Period Ending: | 4/1/2019 | | §341(a) Meeting Date: | 06/12/2017 |
| | | | Claims Bar Date: | 01/25/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 10/19/2018     Current Projected Date Of Final Report (TFR): 02/27/2019     /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-13927 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | POPE, ANN M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2500 | | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/3/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2018 | (14) | POPE, ANN M | Non-Exempt Funds per Turnover Order (docket #63) | 1229-000 | $17,407.42 | | $17,407.42 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.81 | $17,405.61 |
| 02/07/2018 | 3001 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $5.94 | $17,399.67 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $25.36 | $17,374.31 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $28.94 | $17,345.37 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $26.18 | $17,319.19 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $27.94 | $17,291.25 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $27.90 | $17,263.35 |
| 02/28/2019 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.91 | $17,246.44 |
| 02/28/2019 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,490.74 | $14,755.70 |
| 02/28/2019 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $4,512.50; Distribution Dividend: 100.00%; | 3110-000 | | $4,512.50 | $10,243.20 |
| 02/28/2019 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $33.36; Distribution Dividend: 100.00%; | 3120-000 | | $33.36 | $10,209.84 |
| 02/28/2019 | 3006 | TD Bank, USA by American InfoSource LP as agent | Claim #: 1; Amount Claimed: $1,351.29; Distribution Dividend: 21.38%; | 7100-900 | | $288.89 | $9,920.95 |
| 02/28/2019 | 3007 | U.S. Department of Education | Claim #: 2; Amount Claimed: $34,670.27; Distribution Dividend: 21.38%; | 7100-000 | | $7,412.15 | $2,508.80 |
| 02/28/2019 | 3008 | Capital One, N.A. | Claim #: 3; Amount Claimed: $1,035.73; Distribution Dividend: 21.38%; | 7100-900 | | $221.43 | $2,287.37 |
| 02/28/2019 | 3009 | American Express Centurion Bank | Claim #: 4; Amount Claimed: $2,301.26; Distribution Dividend: 21.38%; | 7100-900 | | $491.99 | $1,795.38 |
| 02/28/2019 | 3010 | American Express Centurion Bank | Claim #: 5; Amount Claimed: $6,805.89; Distribution Dividend: 21.38%; | 7100-900 | | $1,455.03 | $340.35 |
| 02/28/2019 | 3011 | Quantum3 Group LLC as agent for MOMA Funding LLC | Claim #: 6; Amount Claimed: $1,591.98; Distribution Dividend: 21.38%; | 7100-900 | | $340.35 | $0.00 |

| | | | | **SUBTOTALS** | $17,407.42 | $17,407.42 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-13927 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | POPE, ANN M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2500 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $17,407.42 | $17,407.42 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $17,407.42 | $17,407.42 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $17,407.42 | $17,407.42 | |

**For the period of 5/3/2017 to 4/1/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $17,407.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,407.42 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,407.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,407.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/29/2018 to 4/1/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $17,407.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,407.42 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,407.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,407.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No.: | 17-13927 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | POPE, ANN M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2500 | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $17,407.42 | $17,407.42 | $0.00 |

**For the period of 5/3/2017 to 4/1/2019**

| | |
|---|---|
| Total Compensable Receipts: | $17,407.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,407.42 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,407.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,407.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/03/2017 to 4/1/2019**

| | |
|---|---|
| Total Compensable Receipts: | $17,407.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,407.42 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,407.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,407.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ